IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY, FLORIDA

**Tomasa Fortaneli Ponce,**

    Plaintiff,

v.

**Wal-Mart Stores East, LP,**                       CIVIL DIVISION

    Defendant.                                             CASE NO.:

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **Tomasa Fortaneli Ponce**, by and through the undersigned counsel, hereby sues the Defendant, **Wal-Mart Stores East, LP** and alleges:

### JURISDICTION

1. This is an action for damages which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

### VENUE

2. Venue is proper in this County in that the Defendant does business in Broward County, Florida, and/or all of the acts complained of herein occurred in Broward County, Florida.

### PARTIES

3. At all times material hereto, the Plaintiff, **Tomasa Fortaneli Ponce** (hereinafter the "Plaintiff"), was and is a resident of Broward County, Florida, and is otherwise *sui juris*.

4. At all times material hereto, the Defendant, **Wal-Mart Stores East, LP** (hereinafter the "Defendant"), was and is a Florida Corporation organized under the Laws of the State of Florida and doing business in Pompano Beach, Broward County, Florida.

**GENERAL ALLEGATIONS**

5. On or about October 7, 2019, the Plaintiff was a business invitee of the Defendant's premises located at 2300 W Atlantic Blvd, Pompano Beach, FL 33069, and slipped and fell while on the premises.

**NEGLIGENCE CLAIM AGAINST THE DEFENDANT**

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6. That at all times material hereto, and specifically on October 7, 2019, the Defendant owned, managed, controlled, operated, and/or maintained the premises located at 2300 W Atlantic Blvd, Pompano Beach, FL 33069, in Broward County.

7. On or about October 7, 2019, the Plaintiff was lawfully in the Defendant's premises, when she was walking and suddenly slipped and fell due to water.

8. The Defendant owed to its business invitees a duty to provide a reasonably safe environment.

9. The Defendant, its agents, representatives or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

    a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as water and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

d. By failing to remove said water or other similar substance from the floor of the premises; and/or

e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing water and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

10. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

11. That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

12. As a direct and proximate result of the aforementioned negligence of the Defendant, the Plaintiff slipped on a liquid substance and/or a similar substance that had

accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff will suffer the losses into the future.

WHEREFORE, the Plaintiff hereby demands judgment for damages, costs and interest from the Defendant, together with whatever other relief the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands trial by jury of all issues so triable as a matter of right.

Dated: July 1, 2020.

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
261 N. University Drive, Suite 700
Plantation, FL 33324
Phone: (305) 661-6000
Fax: (305) 670-7555
Email: cjordi@rubensteinlaw.com
 crios@rubensteinlaw.com
 eservice@rubensteinlaw.com

By: /s/ *Carlos Jordi*
**CARLOS JORDI**
Florida Bar No.: 118741