**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-cv-61608-RAR**

TOMASA FORTANELI PONCE,

 Plaintiff,

vs.

WAL-MART STORES EAST, LP,

 Defendant.
_____/

**JOINT STATEMENT OF THE CASE TO BE READ DURING VOIR DIRE**

 Plaintiff, TOMASA FORTANELI PONCE, and Defendant, WAL-MART STORES EAST, LP, pursuant to the Court's Order Setting Jury Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [D.E. 9] file their Joint Statement of the Case to be read to the jury in connection with voir dire and state as follows:

 On October 7, 2019, Plaintiff Tomasa Fortaneli Ponce was shopping at a Walmart store in Pompano Beach, Florida when she slipped and fell on water that was on the store's floor. Plaintiff contends that Wal-Mart failed to maintain its store in a reasonably safe condition and that she suffered injuries to her neck and back as a result of her fall. Wal-Mart denies any liability for the Plaintiff's incident and asserts that she failed to exercise reasonable care while walking through the store. Wal-Mart also contends that Plaintiff's alleged injuries were not caused by her fall at Walmart.

| | |
|---|---|
| */s/Carlos A. Jordi, Esq.*<br>Carlos A. Jordi<br>Florida Bar No. 118741<br>cjordi@rubensteinlaw.com<br>crios@rubensteinlaw.com<br>eservice@rubensteinlaw.com<br>Rubenstein Law, P.A.<br>261 N. University Drive<br>Suite 700<br>Plantation, Florida 33324<br>Telephone: 305-661-6000<br>*Attorneys for Plaintiff Tomasa Fortaneli Ponce* | /s/ *Suzette L. Russomanno*<br>Jerry D. Hamilton<br>Florida Bar No.: 970700<br>jhamilton@hamiltonmillerlaw.com<br>Suzette L. Russomanno<br>Florida Bar No. 751081<br>srussomanno@hamiltonmillerlaw.com<br>HAMILTON, MILLER & BIRTHISEL, LLP<br>150 Southeast Second Avenue, Suite 1200<br>Miami, Florida 33131<br>Telephone: 305-379-3686<br>*Attorneys for Defendant Wal-Mart Stores East, LP* |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

                                             **/s/ Suzette L. Russomanno**
                                             Suzette L. Russomanno

**SERVICE LIST**

Carlos A. Jordi, Esq.
Rubenstein Law, P.A.
201 N. University Drive, Suite 700
Plantation, Florida 33324
Telephone: (305) 661-6000
Facsimile: (305) 670-7555
cjordi@rubensteinlaw.com
crios@rubensteinlaw.com
eservice@rubensteinlaw.com
***Attorneys for Plaintiff Tomasa Fortaneli Ponce***