UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-61608-RAR

TOMASA FORTANELI PONCE,

    Plaintiff,

vs.

WAL-MART STORE EAST, LP,

    Defendant.
_____/

**DEFENDANT WAL-MART STORES EAST, LP'S AMENDED WITNESS LIST**

Defendant, WAL-MART STORES EAST, LP, pursuant Fed. R. Civ. P. 26(a)(3) and this Court's Order Setting Jury Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [D.E. 9], files its Witness List.

| No. | Name and Address of witness Wal-Mart expects to present and call. | Expected to be present | Expert Witness | Testimony by Deposition |
|---|---|---|---|---|
| 1. | Plaintiff, Tomasa Fortaneli Ponce c/o Rubenstein Law, P.A.<br><br>Ms. Ponce is expected to provide testimony regarding the alleged incident and damages. | √ | | √ |
| 2. | Trumail King, Wal-Mart Stores East, LP, Corporate Representative c/o Hamilton Miller & Birthisel, LLP 150 Southeast 2nd Avenue, Suite 1200 Miami, Florida 33131<br><br>Wal-Mart's Corporate Representative is expected to provide testimony regarding policies and procedures to the store, lack of substantially similar incidents prior to the | √ | | |

| | | | | |
|---|---|---|---|---|
| | incident, and lack of notice of the alleged dangerous condition and insufficient time to correct same. | | | |
| 3. | Joseph Richards, PA-C<br>Broward Health North<br>201 E. Sample Road<br>Deerfield Beach, FL<br><br>Mr. Richards is believed to possess knowledge regarding Plaintiff's alleged injuries and the medical treatment provided to her on October 7, 2019. | √ | | |
| 4. | Meena Hierholzer, D.O.<br>Broward Health North<br>201 E. Sample Road<br>Deerfield Beach, FL<br><br>Dr. Hierholzer is believed to possess knowledge regarding Plaintiff's alleged injuries and the medical treatment provided to her on October 7, 2019. | √ | | |
| 5. | Craig D. Steiner, M.D.<br>600 S. Pine Island Rd.<br>Ste. 300<br>Plantation, FL33324<br><br>Dr. Steinger is expected to testify, from an orthopedic standpoint, regarding the nature, cause and extent of the alleged injuries Plaintiff claims she sustained as a result of the incident at Walmart. He will testify about the reasonableness and necessity of the medical treatment received by the Plaintiff and whether Plaintiff needs any future medical care or treatment as a result of the incident alleged. Dr. Steiner will also discuss the relationship of Plaintiff's pre-existing conditions to the injuries she allegedly sustained as a result of the subject incident. Dr. Steiner will offer opinions on medical causation and will rebut the opinions of Plaintiff's treating physicians, if any. Dr. Steiner will also testify concerning the reasonableness of Plaintiff's medical bills. | √ | | |

CASE NO.: 20-cv-61608-RAR

| 6. | Robert L. Kagan, M.D.<br>Sunshine Readers, Inc.<br>3032 E. Commercial Boulevard<br>Suite #54<br>Ft. Lauderdale, Florida 33308<br>Dr. Kagan is expected to testify about observations<br>and opinions within the field of radiology and human physiology after reviewing Plaintiff's diagnostic films and medical records. Dr. Kagan is expected to testify concerning the nature, extent, and validity, if any, of Plaintiff's alleged injuries. Dr. Kagan will discuss his opinions on Plaintiff's pre and post injury diagnostic films including whether Plaintiff's diagnostic films evidence acute, chronic and/or degenerative conditions. Dr. Kagan will also rebut the testimony of Plaintiff's experts, if any, and treating physicians with respect to the conditions noted on Plaintiff's diagnostic films. | √ | | |
| --- | --- | --- | --- | --- |
| 7. | Marilyn Pacheco, CPC<br>Elevate Services, Inc.<br>1711 W. Greentree Dr.<br>Suite 108<br>Tempe, AZ 85284<br>Ms. Pacheco is expected to testify concerning the appropriateness of the coding for the medical services provided to Plaintiff and the reasonableness of Plaintiff's medical bills. She is expected to testify concerning the appropriateness of coding for the services provided and the reasonableness of Plaintiff's medical bills against geographically adjusted usual, customary and reasonable rates. Ms. Pacheco will be rebutting all the allegations raised in Plaintiff's Complaint relating to her field of expertise. Ms. Pacheco will be providing rebuttal opinions to Plaintiff's experts, if any, regarding the reasonableness of Plaintiff's medical bills. | √ | | |

3
HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

CASE NO.: 20-cv-61608-RAR

Respectfully submitted,

/s/ **Suzette L. Russomanno**
Jerry D. Hamilton
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Suzette L. Russomanno, Esq.
Florida Bar No.: 751081
srussomanno@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
*Attorneys for Defendant Wal-Mart Stores East, LP*
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:     (305) 379-3686
Facsimile:     (305) 379-3690

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

 **/s/ Suzette L. Russomanno**
Suzette L. Russomanno

CASE NO.: 20-cv-61608-RAR

## SERVICE LIST

Carlos A. Jordi, Esq.
Rubenstein Law, P.A.
201 N. University Drive, Suite 700
Plantation, Florida 33324
Telephone: (305) 661-6000
Facsimile: (305) 670-7555
cjordi@rubensteinlaw.com
crios@rubensteinlaw.com
eservice@rubensteinlaw.com
***Attorneys for Plaintiff Tomasa Fortaneli Ponce***

5
**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690