UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61608-RAR

**TOMASA FORTANELI PONCE**,

    Plaintiff,

v.

**WAL-MART STORES EAST, LP**,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the conclusion of the trial in this matter and the Jury Verdict entered on June 16, 2021 [ECF No. 69]. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant Wal-Mart Stores East, LP and against Plaintiff Tomasa Fortaneli Ponce. Plaintiff shall take nothing from this action and Defendant shall go hence without day. The Clerk is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of June, 2021.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE